### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEON HOULE,<br><br>　　　　Defendant. | Case No. CR 21-60-GF-BMM<br><br><br>ORDER GRANTING LEAVE TO FILE BRIEF FOR RECONSIDERATION UNDER SEAL |

Upon Defendant's motion for leave to file the Brief in Support of Defendant's Motion for Reconsideration (Doc. 23) under seal, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Brief in Support of Defendant's Motion for Reconsideration (Doc. 23) shall be filed under seal.

DATED this 4th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court