IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEON HOULE,<br><br>Defendant. | CR-21-60-GF-BM<br><br>ORDER |

Upon Defendant's for Request for Prior Time Served (Doc. 92) **IT IS HEREBY ORDERED that:** the Defendant will receive credit for time served from the date of his arrest on September 13, 2021 until the date of his sentencing on May 10, 2022, of 235 days. An amended judgment will be filed to reflect the same.

DATED this 27th day of December 2024.

_____
Brian Morris
United States District Court Judge